United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN HEMENWAY,

        Plaintiff(s),

   v.

ERIC K. SHINSEKI, Secretary, Department of Veterans Affairs,

        Defendant(s).
_____/

No. C-11-00505  DMR

**ORDER TO SHOW CAUSE**

      Pursuant to Civil L.R. 16-2, a case management conference was scheduled for May 18, 2011 at 1:30 p.m. before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present, but it appears that Defendant has not yet been served.

      IT IS HEREBY ORDERED that Plaintiff appear on **June 15, 2011 at 1:30 p.m.** before Magistrate Judge Donna M. Ryu at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. (For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.)  At the hearing, Plaintiff shall show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 18, 2011, for

failure to comply with the Court's Order of February 2, 2011, and for failure to prosecute this case. A case management conference is also scheduled for **June 15, 2011 at 1:30 p.m.**

     IT IS SO ORDERED.

Dated: May 18, 2011

_____
DONNA M. RYU
United States Magistrate Judge

2