**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN HEMENWAY,

    Plaintiff,

    v.

ERIC K. SHINSEKI,

    Defendant.
_____/

No. C-11-00505-DMR

**ORDER EXPUNGING ORDER TO SHOW CAUSE AND SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

Upon reviewing Plaintiff Brian Hemenway's ("Plaintiff") Response to this court's Order to Show Cause [Docket No. 9], the court hereby ORDERS that the Order to Show Cause be EXPUNGED. Furthermore, the court hereby ORDERS that an Initial Case Management Conference be held on **July 20, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than July 13, 2011. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: June 9, 2011



_____
DONNA M. RYU
United States Magistrate Judge