UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN HEMENWAY,

        Plaintiff(s),

   v.

ERIC K. SHINSEKI,

        Defendant(s).
_____/

No. C-11-505 DMR

**ORDER TO SHOW CAUSE**

On April 9, 2012, Defendant filed a motion to dismiss Plaintiff's complaint. [Docket No. 43.] Plaintiff's opposition or statement of non-opposition was due on April 27, 2012. N.D. Cal. Civ. L.R. 7-3. To date, the court has received no response from Plaintiff. Therefore, the court ORDERS Plaintiff by May 10, 2012 (1) to file a statement explaining why he has failed to file an opposition, along with any proposed opposition, or (2) to file a statement of non-opposition. This order does not grant Plaintiff permission to file his opposition out of time.

Failure to respond to this order in a timely manner may result in the court's granting Defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: May 3, 2012



DONNA M. RYU
United States Magistrate Judge