United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN HEMENWAY,

        Plaintiff(s),

    v.

ERIC K. SHINSEKI,

        Defendant(s).

_____/

No. C-11-00505 DMR

**ORDER TAKING DEFENDANT'S MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The court has received Defendant's Motion to Dismiss [Docket No. 43] and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the May 24, 2012 hearing on the motion is hereby VACATED.  The court will issue a written order on the motion.

      IT IS SO ORDERED.

Dated:  May 14, 2012

IT IS SO ORDERED

_____

DONNA M. RYU

United States Magistrate Judge