United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEMENWAY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>ERIC K. SHINSEKI,<br><br>        Defendant(s).<br>_____/ | No. C-11-00505 DMR<br><br>**ORDER TAKING DEFENDANT'S MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendant's Motion to Dismiss [Docket No. 43] and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the May 24, 2012 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: May 14, 2012

_____
DONNA M. RYU
United States Magistrate Judge