**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11   BRIAN HEMENWAY,                          No. C-11-00505 DMR
12            Plaintiff(s),             **ORDER VACATING CASE**
                                        **MANAGEMENT CONFERENCE**
13        v.
14   ERIC K. SHINSEKI,
15            Defendant(s).
     _____/
16
17        The court hereby VACATES the case management conference scheduled for June 6, 2012.
18
19        IT IS SO ORDERED.
20
21   Dated:  May 29, 2012
22                                        _____
                                          DONNA M. RYU
23                                        United States Magistrate Judge
24
25
26
27
28