UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEMENWAY, | No. C 11-00505 DMR |
| Plaintiff(s), | **ORDER FOR AMENDED BRIEFING** |
| v. | |
| ERIC K. SHINSEKI, | |
| Defendant(s). | |

Defendant repeatedly cites to portions of Plaintiff's deposition in its motion to dismiss [Docket No. 43], but has not included all of cited pages in the exhibits attached to its motion. The court therefore ORDERS Defendant to submit by June 22, 2012 pages 103-04, 121-24, 139-41, 164-66, and 194-95 of the deposition for the court's review.

IT IS SO ORDERED.

Dated: June 21, 2012

DONNA M. RYU
United States Magistrate Judge